FILED
MAR 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MICHELLE McKNIGHT, Defendant. | Criminal Case No. 08CR0760-JLS<br>I N F O R M A T I O N<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Heroin (Felony) |

The United States Attorney charges:

On or about February 8, 2008, within the Southern District of California, defendant MICHELLE McKNIGHT, did knowingly and intentionally import 1 kilogram or more, to wit: approximately 22.00 kilograms (48.40 pounds) of Heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 3/13/08.

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:San Diego
2/19/08