AO 455(Rev. 5/85) Waiver of Indictment

FILED
MAR 13 2008
COURT
CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

MICHELLE McKNIGHT

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 CR 760 JLS

I, MICHELLE McKNIGHT, the above named defendant, who is accused of committing the following offense:

Importation of Heroin, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3/13/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before ______________________
Judicial Officer