KAREN P. HEWITT
United States Attorney
LARA A. STINGLEY
Assistant U.S. Attorney
California State Bar No. Pending
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6244 / (619) 557-5551(Fax)
Email: lara.stingley@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHELE MCKNIGHT,<br>Defendant. | ) | Criminal Case No. 08CR0760-JLS<br><br>DATE: June 20, 2008<br>TIME: 9:00 a.m.<br><br>JOINT MOTION TO CONTINUE SENTENCING |

NOW COMES plaintiff United States of America, by and through its counsel, United States Attorney Karen P. Hewitt and Assistant U.S. Attorney Lara A. Stingley, and defendant Michele McKnight, by and through her counsel Michelle Betancourt, and herein jointly request this Court to continue the sentencing hearing currently set for June 20, 2008, at 9:00 a.m to August 8, 2008, at 9:00 a.m. The basis for this request is that the defense and the prosecution are involved in post-plea negotiations.

DATED: June 17, 2008.

Respectfully submitted,

Karen P. Hewitt
United States Attorney

s/*Lara A. Stingley*
Lara A. Stingley
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

s/ Michelle Betancourt
Michelle Betancourt, Esq.
Michelle_Betancourt@fd.org

Attorney for Defendant Michele McKnight

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHELE MCKNIGHT<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 08CR0760-JLS<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Lara A. Stingley, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Joint Motion to Continue Sentencing on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Michelle Betancourt, Esq.
Michelle_Betancourt@fd.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 17, 2008.

s/ *Lara A. Stingley*
Lara A. Stingley