**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHELE MCKNIGHT,<br>Defendant. | ) | Criminal Case No. 08CR0760-JLS<br><br>**ORDER GRANTING REQUEST FOR CONTINUANCE OF SENTENCING HEARING** |

GOOD CAUSE EXISTING, IT IS HEREBY ORDERED that the joint motion to continue sentencing be GRANTED, and that Defendant's sentencing hearing be continued from June 20, 2008 at 9:00 a.m., to August 8, 2008, at 9:00 a.m.

IT IS SO ORDERED.

DATED: June 17, 2008

Janis L. Sammartino

Honorable Janis L. Sammartino
United States District Judge