**MICHELLE BETANCOURT**
California State Bar No. 215035
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
michelle_betancourt@fd.org

Attorneys for Ms. McKnight

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHELLE MCKNIGHT,<br>Defendant. | Case No. 08cr0760-JLS<br><br>**JOINT MOTION TO CONTINUE SENTENCING HEARING** |

Good cause appearing therefore, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Michelle Betancourt, and Federal Defenders of San Diego, Inc., counsel for Michelle McKnight, along with Assistant United States Attorney Harold W. Chun, that the sentencing hearing set for August 8, 2008 at 9:00 a.m. be rescheduled to **Friday, September 26, 2008, at 9:00 a.m.**

Respectfully submitted,

DATED: August 4, 2008

*/s/ Michelle Betancourt*
**MICHELLE BETANCOURT**
Federal Defenders of San Diego, Inc.
Attorneys for Michelle McKnight

DATED: August 4, 2008

*/s/ Harold W. Chun*
**HAROLD W. CHUN**
Assistant United States Attorney
harold.chun@usdoj.gov