UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHELLE MCKNIGHT,<br>Defendant. | Case No. 08cr0760-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |

**IT IS HEREBY ORDERED** that the joint motion to continue the sentencing hearing now scheduled for August 8, 2008, at 9:00 a.m. be continued to **Friday, September 26, 2008, at 9:00 a.m.**

**IT IS SO ORDERED**.

DATED: August 5, 2008

Janis L. Sammartino

Honorable Janis L. Sammartino
United States District Judge